MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: andrew.huang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00006-01 SBA |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO VACATE STATUS |
| v. ) | HEARING AND CONTINUE MATTER |
| ) | FOR INITIAL APPEARANCE ON |
| TONY D. LOMBARDI, ) | AMENDED FORM 12 TO OCTOBER 25, |
| ) | 2012 |
| Defendant. ) | |
| ) | |

     Defendant Tony D. Lombardi and the government, by and through undersigned counsel, jointly request that the Court vacate the status hearing presently set for October 17, 2012 and continue this matter to October 25, 2012 at 9:30 a.m. for an initial appearance on the Third Amended Form 12. In support of this request, the parties stipulate as follows:

     1. The Third Amended Form 12 in this case was signed and filed last Thursday, October 11, 2012.

     2. The matter is presently set for a revocation of supervised release hearing before the Honorable Bernard Zimmerman on October 17, 2012 at 10:00 a.m. This hearing was set before the Third Amended Form 12 was filed and without the benefit of input from the defendant's counsel of record. Moreover, Magistrate Judge Zimmerman set the date as a "control" date,

1  anticipating the likelihood that further charges would be filed and allowing that the parties could
2  stipulate to a new date before an Oakland magistrate judge.
3     3. Due to other commitments, defense counsel is not available on October 17, 2012.
4     4. The parties have confirmed the assigned probation officer's availability for the
5  proposed date.
6     For the reasons stated above, the parties respectfully request that the status hearing
7  presently set for October 17, 2012 be vacated and that this matter be continued to a hearing
8  before the Honorable Kandis A. Westmore on October 25, 2012 at 9:30 a.m. for the defendant's
9  initial appearance on the Third Amended Form 12.
10    **So stipulated.**

DATED: October 16, 2012

_____/s/_____
SETH P. CHAZIN, Esq.
Attorney for Defendant Lombardi


MELINDA HAAG
United States Attorney

_____/s/_____
ANDREW S. HUANG
Assistant United States Attorney

**[PROPOSED] ORDER**

FOR GOOD CAUSE SHOWN, IT IS FOUND AND ORDERED THAT:

    1. The currently scheduled status hearing on October 17, 2012 is VACATED.

    2. This matter is SET for defendant's initial appearance on the Third Amended Form 12 before this Court on October 25, 2012 at 9:30 a.m.

DATED: 10/16/12

Hon. KANDIS WESTMORE
United States Magistrate Judge